1038

IAN OF WILSON ET AL. *v.* BURLINGTON NORTHERN RAILROAD CO. C. A. 10th Cir. Certiorari denied.

No. 86–1483. REETZ *v.* KINSMAN MARINE TRANSIT CO. Ct. App. Mich. Certiorari denied.

No. 86–1487. SAYLOR *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 86–1492. HOSPITAL CORPORATION OF AMERICA *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied.

No. 86–1499. EMBERTON ET AL., DBA EMBERTON MACHINE & TOOL, INC. *v.* COUNTY OF SAN DIEGO. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 86–1506. DYKES *v.* NATIONAL GYPSUM CO. C. A. 6th Cir. Certiorari denied.

No. 86–1509. BOWENS ET AL. *v.* BOARD OF LAW EXAMINERS OF THE STATE OF NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–1530. AETNA CASUALTY & SURETY CO. ET AL. *v.* SECURITY FORCES, INC., ET AL. Ct. App. S. C. Certiorari denied.

No. 86–1565. BAUER *v.* BOSLEY, CLERK OF THE CIRCUIT COURT, CITY OF ST. LOUIS, MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 86–1596. BAZAN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–1611. NICHOLS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 86–5282. DIAMOND ET AL. *v.* BLINZINGER ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–6205. THOMPKINS *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 86–6223. FREDERICK *v.* WARWZESZACK ET AL. C. A. 9th Cir. Certiorari denied.